1

2

3

4

5

6

7

8                              UNITED STATES DISTRICT COURT

9                            EASTERN DISTRICT OF CALIFORNIA

10

11    PATRIOT RAIL CORP., a            No. 2:09-cv-00009-MCE-EFB
      Delaware corporation,
12
                Plaintiff,
13
           v.                          **<u>NON RELATED CASE ORDER</u>**
14
      SIERRA RAILROAD COMPANY, a
15    California corporation,

16              Defendant.
      _____/
17
      SIERRA RAILROAD COMPANY,         No. 2:08-cv-00576-LEW-DAD
18
                Plaintiff,
19
           v.
20
      PATRIOT RAIL, LLC,
21
                Defendant.
22    _____/

23

24        The court has received the Notice of Related Cases

25   concerning the above-captioned cases filed January 28, 2009.  <u>See</u>

26   Local Rule 83-123, E.D. Cal. (1997).  The court has determined,

27   however, that it is inappropriate to relate or reassign the

28   cases, and therefore declines to do so.

                                      1

1 This order is issued for informational purposes only, and shall

2 have no effect on the status of the cases, including any previous

3 Related (or Non-Related) Case Order of this court.

4      IT IS SO ORDERED.

5 Dated: February 2, 2009

6

7 _____

8 MORRISON C. ENGLAND, JR.
  UNITED STATES DISTRICT JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28